# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN KENNEY, *individually and on behalf of all others similarly situated*,<br><br>  Plaintiff,<br><br>v.<br><br>FRUIT OF THE EARTH, INC., et al.,<br><br>  Defendants. | CASE NO. 21cv1016-JLS (MSB)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO EXCUSE CVS FROM APPEARING AT ENE CONFERENCE [ECF NO. 15]** |

The parties filed a "Joint Motion to Excuse CVS from Appearing at the ENE Conference," on July 19, 2021. (ECF NO. 15.) In support, counsel for Defendants explains that "CVS is indemnified by Fruit of the Earth and Fruit of the Earth has authority to negotiate a settlement, in any, subject to CVS approval. CVS will not unreasonably withhold its agreement if any settlement agreement is reached during the ENE Conference." (ECF No. 15-1 at 2.)

Having considered the Parties' Joint Motion, finds good cause to and **GRANTS** the Joint Motion **in part**. CVS is excused from appearing at the ENE Conference scheduled for August 2, 2021 at 1:30 p.m. However, since any settlement negotiated by Fruit of the Earth will remain subject to CVS' approval, a representative from CVS with settlement

authority must be available to Defendants' counsel by telephone for the duration of the ENE conference.

**IT IS SO ORDERED.**

Dated: July 19, 2021

Honorable Michael S. Berg
United States Magistrate Judge