UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN KENNEY, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FRUIT OF THE EARTH, INC., et al.<br><br>Defendants. | Case No.:  21cv1016-JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION STIPULATING TO CONTINUE THE DEADLINE TO FILE A JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER**<br>**[ECF NO. 19]** |

On September 2, 2021, the parties filed a "Joint Motion Stipulating to Continue the Deadline to File a Joint Motion for Entry of a Protective Order."  (ECF No. 19.)  In the joint motion, the parties ask the Court to continue the deadline to file a joint motion for entry of a protective order from September 2, 2021, to September 9, 2021, based solely on the parties' agreement.  (Id. at 2.)

The Court first notes that the parties have not even attempted in their joint motion to demonstrate the good cause required by the Court's scheduling order to continue the deadline at-issue.  (See ECF No. 18 at 3 ("The dates and times set forth herein will not be modified except for good cause shown.").)  The parties' showing here is insufficient.  However, because it does not appear that a short continuance of the deadline to file a joint motion for entry of a protective order is likely to impact any other

dates in the scheduling order, the Court **GRANTS** the joint request in the interest efficiency and judicial economy. The deadline to file a joint motion for entry of a protective order is **CONTINUED** to **September 9, 2021**.

**IT IS SO ORDERED**.

Dated: September 2, 2021

Honorable Michael S. Berg
United States Magistrate Judge