# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN KENNEY, <br><br> Plaintiff, <br><br> v. <br><br> FRUIT OF THE EARTH, INC., et al. <br><br> Defendants. | Case No.: 21cv1016-JO (MSB) <br><br> **ORDER MODIFYING SECOND SCHEDULING ORDER** <br> **[ECF NO. 35]** |

On May 10, 2022, the parties filed a "Joint Motion to Modify Second Scheduling Order." (ECF No. 35.) In the joint motion, the parties agree and ask the Court for "a short, approximately 3-week continuance, of [discovery and dispositive motion] dates in the Second Scheduling Order" [ECF No. 32]. (Id. at 3.) In support of this request, the parties submit Plaintiff's counsel's declaration, detailing the parties' diligent efforts to complete party depositions within the approximately two months provided in the Court's Second Scheduling Order, issued on March 16, 2022. (ECF No. 35-1 at 4-5.) Counsel states that the parties agree the requested three-week continuance is necessary to permit the fair and efficient completion of fact and expert discovery and to provide a fair trial. (Id. at 5.)

The Court, having considered the parties' joint motion and finding good cause for the requested modification, **GRANTS** the joint motion. Additionally, to minimize the risk that the parties will encounter pretrial deadlines prior to a ruling on any dispositive motions, the Court **sua sponte CONTINUES** the pretrial dates by approximately three weeks. The Court therefore **MODIFIES** the dates in the Second Scheduling Order [ECF No. 32] as follows:

| Event | Date in Second Scheduling Order [ECF No. 32] | New Date |
|---|---|---|
| Fact Discovery Cut-Off | May 16, 2022 | **June 6, 2022** |
| Case Management Conference | June 16, 2022, 11:00 a.m. | **July 7, 2022, 11:00 a.m.** |
| Expert Designations | June 16, 2022 | **July 7, 2022** |
| Rebuttal Expert Designations | June 30, 2022 | **July 21, 2022** |
| Expert Reports | July 29, 2022 | **August 19, 2022** |
| Rebuttal Expert Reports | August 12, 2022 | **September 2, 2022** |
| Expert Discovery Cut-Off | September 12, 2022 | **October 3, 2022** |
| Deadline to File Pre-Trial/Daubert and Dispositive Motions | October 12, 2022 | **November 2, 2022** |
| Mandatory Settlement Conference ("MSC") | January 11, 2023 | **No change** |
| MSC Briefs Due | January 4, 2023 | **No change** |
| Pretrial Disclosures | January 18, 2023 | **February 1, 2023** |
| Memoranda of Contentions | January 18, 2023 | **February 8, 2023** |
| Meeting of Counsel | January 25, 2023 | **February 15, 2023** |
| Proposed PTO to Opposing Counsel | February 1, 2023 | **February 22, 2023** |
| PTO Lodging | February 8, 2023 | **March 1, 2023** |
| Final Pretrial Conference | February 15, 2023, 8:30 a.m. | **March 8, 2023, 8:30 a.m.** |

**IT IS SO ORDERED.**

Dated: May 10, 2022

Honorable Michael S. Berg
United States Magistrate Judge