UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN KENNEY,<br><br>                            Plaintiff,<br><br>v.<br><br>FRUIT OF THE EARTH, INC., et al.<br><br>                          Defendants. | Case No.:  21cv1016-JO (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY FOURTH SCHEDULING ORDER TO COMPLETE EXPERT DISCOVERY [ECF NO. 44] AND FIFTH SCHEDULING ORDER** |

On September 20, 2022, Plaintiff Ann Kenney ("Plaintiff") and Defendants Fruit of the Earth, Inc. ("FOTE") and CVS Pharmacy, Inc. ("CVS") (collectively, the "Defendants") (Plaintiff and Defendants, collectively, the "Parties"), filed a Joint Motion to Modify Fourth Scheduling Order to Complete Expert Discovery.  (ECF No. 44.)  In the joint motion, the Parties agree and ask the Court to modify the schedule, extending the time to complete expert discovery and file Daubert and dispositive motions by approximately 11 days due to scheduling constraints, leaving all remaining dates contained in the current schedule unaffected.  (Id. at 4.)  In support of their request, the Parties submit Plaintiff's counsel's declaration, detailing the entry of each scheduling order in this matter, the Parties' effort to comply with the current schedule, and the Parties' agreement, including the underlying rationale, to modify the schedule to conserve

judicial and party resources, avoid undue prejudice, and promote justice and fairness. (ECF No. 44-1.)

The Court, having considered the parties' joint motion and consulted with Judge Ohta's chambers, and finding good cause for the requested modification, **GRANTS** the joint motion, and amends the scheduling order as follows:

| No. | Event | Former Date (ECF 36, 38) | New Date |
|---|---|---|---|
| 1. | Expert Discovery Cut-Off | October 3, 2022 | **Friday, October 14, 2022** |
| 2. | Deadline to File Pre-Trial/Daubert Motions | November 2, 2022 | **Tuesday, November 15, 2022** |

**IT IS SO ORDERED**.

Dated:  September 21, 2022

Honorable Michael S. Berg
United States Magistrate Judge