# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN KENNEY,<br><br>             Plaintiff,<br><br>v.<br><br>FRUIT OF THE EARTH, INC., et al.<br><br>             Defendants. | Case No.: 21cv1016-JO (MSB)<br><br>**ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE** |

Due to a conflict on the Court's calendar, the Court **sua sponte** **CONTINUES** the Mandatory Settlement Conference currently set for January 11, 2023, to **January 31, 2023**, at **9:30 a.m.** The deadline for the parties to lodge their confidential settlement statements in **CONTINUED** to **January 24, 2023**.

Except as specifically modified by this Order, all requirements pertinent to the Mandatory Settlement Conference from the Court's Second Amended Order Regulating Discovery and Other Pretrial Proceedings [ECF No. 32], remain as previously ordered.  (Id. at 3-5, ¶ 7.)

**IT IS SO ORDERED.**

Dated:  December 5, 2022

Honorable Michael S. Berg
United States Magistrate Judge