UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN KENNEY, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FRUIT OF THE EARTH, INC., et al.<br><br>Defendants. | Case No.:  21cv1016-JO (MSB)<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

On January 24, 2023, the parties filed a "Joint Motion for Leave to Appear Virtually at the January 31, 2023 Mandatory Settlement Conference." (ECF No. 59.)  To discuss the parties' request and the Mandatory Settlement Conference, the Court **SETS** a telephonic Status Conference on **January 27, 2023**, at **12:00 p.m.**  Plaintiff's counsel is **ORDERED** to arrange the joint call to Judge Berg's chambers at (619) 557-6632.

**IT IS SO ORDERED**.

Dated:  January 25, 2023

Honorable Michael S. Berg
United States Magistrate Judge