UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN KENNEY, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FRUIT OF THE EARTH, INC., et al.<br><br>Defendants. | Case No.:  21cv1016-JO (MSB)<br><br>**ORDER VACATING MANDATORY SETTLEMENT CONFERENCE AND DENYING JOINT MOTION FOR LEAVE TO APPEAR VIRTUALLY AT THE JANUARY 31, 2023 SETTLEMENT CONFERENCE [ECF NO. 59] AS MOOT** |

On January 24, 2023, the parties filed a "Joint Motion for Leave to Appear Virtually at the January 31, 2023 Mandatory Settlement Conference."  (ECF No. 59.)  After reviewing the motion and the parties' respective confidential settlement statements, the Court held a telephonic Status Conference on January 27, 2023.  (ECF No. 63.)  As discussed at the Status Conference, to save the parties' time and resources because settlement seems a virtual uncertainty, the Court hereby **VACATES** the January 31, 2023 Mandatory Settlement Conference ("MSC").  The Court will reschedule the MSC if the case continues after the Honorable District Judge's ruling on the parties' summary judgement and expert motions.  (See ECF Nos. 50-53.)  Because the MSC is off-calendar, the Court **DENIES as moot** the joint motion for virtual appearances [ECF NO. 59].

Within five court days of any order resolving the pending summary judgment motions, the parties are **ORDERED** to place a joint call to Judge Berg's chambers at (619) 557-6632 to schedule a new MSC.

**IT IS SO ORDERED**.

Dated:  January 27, 2023

Honorable Michael S. Berg
United States Magistrate Judge