# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN KENNEY,<br><br>          Plaintiff,<br><br>v.<br><br>FRUIT OF THE EARTH, INC. and CVS PHARMACY, INC.,<br><br>          Defendants. | Case No.: 3:21-CV-01016-JO-MSB<br>Action Filed: May 27, 2021<br>FAC Filed: March 2, 2022<br><br>*Hon. Jinsook Ohta, United States District Judge, and Michael S. Berg, United States Magistrate Judge*<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION AND STIPULATION TO DISMISS<br><br>PTC: None Set<br>Trial: None Set |

1  The Court, having considered Plaintiff Ann Kenney and Defendants Fruit of the Earth, Inc.
2  and CVS Pharmacy, Inc.'s Joint Motion and Stipulation to Dismiss filed on June 1, 2023, all relevant
3  papers on file in this matter, and finding good cause shown, hereby GRANTS the motion and
4  ORDERS:
5      i.  Plaintiff's claims for legal remedies under the third cause of action for
6          violation of the CLRA and fourth cause of action for breach of warranty are
7          dismissed with prejudice; and
8      ii. Plaintiff and Defendants have waived their respective rights, if any, to recover
9          attorneys' fees and costs exclusively incurred in the prosecution or defense of
10         Plaintiff's claims for legal remedies under the CLRA and/or for breach of
11         warranty.

**IT IS SO ORDERED.** *Given the dismissal of the only remaining claims in this action, the Court directs the Clerk to close this case. All remaining motions are denied as moot.*

Dated: 6/2/23

HONORABLE JINSOOK OHTA,
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA